This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**RAY C. JONES and CRISTAL JONES,**

Petitioners-Appellants,

v.                                                    **NO. 31,985**

**SHERRY SUE JONES**,

Respondent-Appellee,

**In the Matter of the ESTATE OF**
**ANNETTE HISE JONES, deceased**.


**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**George P. Eichwald, District Judge**

Sanders & Westbrook
Duff Westbrook
Albuquerque, NM

for Appellants

Tax Estate & Business Law, Ltd.
Clinton W. Marrs
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Appellants Ray Jones and Cristal Jones appeal several orders relating to the distribution of the estate of Annette Hise Jones. In our notice of proposed summary disposition, we proposed to affirm. Appellants and Appellee Sherry Sue Jones all moved for an extension of time to respond to this Court's notice. We granted the extensions. Appellee then filed a memorandum in support of our proposed summary disposition. Appellants did not file a memorandum in opposition. Accordingly, for the reasons stated in our notice of proposed summary disposition, we affirm.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**TIMOTHY L. GARCIA, Judge**